IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 06-cv-02127-LTB-MJW

ROSETTA SPENCER,

Plaintiff,

v.

FAMILY DOLLAR, and
DAVID HABERKORN,

Defendants.

## MINUTE ORDER

Based upon information provided to this court today by Plaintiff's counsel, Jennifer Robinson, this case is now settled. Accordingly, it is hereby ORDERED that the parties shall file with the court their stipulation for dismissal on or before June 18, 2007, or show cause why this case should not be dismissed.

It is FURTHER ORDERED that the Final Pretrial Conference set before Magistrate Judge Watanabe on January 14, 2008, at 8:30 a.m. is VACATED.

It is FURTHER ORDERED that Defendants' Motion for Protective Order to Prevent the Deposition of Howard Levine (docket no. 14) is MOOT based upon the settlement and therefore DENIED.

Date: May 30, 2007